BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GONZALEZ,<br><br>                    Plaintiff,<br><br>            v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | CASE NO. 1:13-CV-00575-LJO-SKO<br><br>**STIPULATION AND ORDER TO VACATE HEARING AND TO EXTEND DEADLINE TO FILE REPLY PAPERS**<br><br>*ADDITIONAL COURT LANGUAGE ADDED* |

It is hereby stipulated by and between the United States and Plaintiff Jesus Gonzalez, by and through their respective attorneys, as follows:

1. On April 22, 2013, Plaintiff Jesus Gonzalez filed the instant complaint. *Jesus Gonzalez v. United States Department of Justice*, 1:13-CV-00575-LJO-SKO, *Complaint*, ECF No. 7.

2. On August 22, 2013, the United States filed its Motion to Dismiss. *Motion to Dismiss*, ECF No. 11.

3. On September 13, 2013, Plaintiff Jesus Gonzalez filed his *Response* to the United States' *Motion to Dismiss*. *Response to Motion to Dismiss*, ECF No. 14.

Stipulation and Order Resetting the Hearing on the United States' Motion to Dismiss and Extending the United States' Time to File a Reply to Plaintiff's Opposition

1

4. The extension of time is requested due to the press of business and current commitments by the United States, and in particular, the United States is currently preparing an opposition to a lengthy and complex matter, in case *Nottoli et. al., v. United States*, 1:13-MC-00049-BAM, due on the same date at the instant Reply is due (September 27, 2013). As such, the parties have stipulated and agreed to re-set the currently scheduled hearing and extend the time in which the United States is to file its *Reply* to Plaintiff's *Response to the Motion to Dismiss*.

5. For these reasons, the parties jointly agree and stipulate to the following new dates:

|  | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Hearing on USA's Motion to Dismiss: | October 4, 2013 | October 25, 2013 |
| USA's Reply to be filed by: | September 27, 2013 | October 18, 2013 |

6. Additionally, given the current posture of the case, with a dispositive *Motion to Dismiss* pending, the parties jointly request that the currently scheduled Mandatory Scheduling Conference, set on Friday September 27, 2013, be vacated and reset, if necessary, upon the resolution of the pending *Motion to Dismiss*.

Dated: September 19, 2013    BENJAMIN B. WAGNER
                             United States Attorney

                              /s/ Heather Mardel Jones
                             HEATHER MARDEL JONES
                             Assistant United States Attorney

Dated: September 19, 2013    /s/ Rodney Rusc, Jr.
                             RODNEY RUSCA, JR.
                             Attorney for Plaintiff Jesus Gonzalez
                             (original signature retained by attorney)

### ORDER

Based on the parties' stipulation, this Court:

1. VACATES the October 4, 2013 hearing on the Government's motion to dismiss and ELECTS not to reset the hearing; and

Stipulation and Order Resetting the Hearing on the United States' Motion to Dismiss and Extending the United States' Time to File a Reply to Plaintiff's Opposition

2

1  2.  ORDERS the Government, no later than October 18, 2013, to file and serve reply papers.

Pursuant to its practice, this Court will consider the Government's motion to dismiss on the record without oral argument and issue a written order.  *See* Local Rule 230(g).

IT IS SO ORDERED.

   Dated:  **September 20, 2013**           /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE

Stipulation and Order Resetting the Hearing on the United States' Motion to Dismiss and Extending the United States' Time to File a Reply to Plaintiff's Opposition

3